**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
BERNARD LEWIS,                                               :
                                                             :
                              Plaintiff,                     :       19-CV-8085 (PAE) (OTW)
                                                             :
                     -against-                               :       ORDER
                                                             :
LEGAL SERVICING, LLC, et al.,                                :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff's request for a seven-day extension to file his reply is **GRANTED**. (*See* ECF 26).

Plaintiff's reply is due by **January 22, 2020**.

The Clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: January 17, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |