```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BERNARD LEWIS,                                               :
                                                             :
                              Plaintiff,                     :    19-CV-8085 (PAE) (OTW)
                                                             :
                    -against-                                :    **ORDER**
                                                             :
LEGAL SERVICING, LLC, et al.,                                :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Defendant JPMorgan Chase Bank N.A.'s ("Chase") request for a stay of discovery as to Chase is hereby **GRANTED** until May 15, 2020. Chase may submit a letter to renew the stay at that time. Chase is directed to mail a copy of this order to Plaintiff.

The Clerk is respectfully directed to close ECF 41.

**SO ORDERED.**

|  |  |
|---|---|
| | _s/ Ona T. Wang_ |
| Dated: March 20, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |