**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BERNARD LEWIS,

           Plaintiff,

          -against-

LEGAL SERVICING, LLC, et al.,

          Defendants.

------------------------------------------------------------x

19-CV-8085 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Defendant JPMorgan Chase Bank N.A.'s ("Chase") request for a renewed stay of discovery as to Chase is hereby **GRANTED** until a decision on its motion to dismiss is rendered. Chase is directed to mail a copy of this order to Plaintiff.

      **SO ORDERED.**

Dated: May 12, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge