```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BERNARD LEWIS,                                               :
                                                             :
                        Plaintiff,                           :    19-CV-8085 (PAE) (OTW)
                                                             :
        -against-                                            :    **ORDER**
                                                             :
LEGAL SERVICING, LLC, et al.,                                :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The court has reviewed the request for an adjournment of the initial conference scheduled for July 7, 2020 filed by Annemarie Steward, Rodney Giove, Robert Van De Mark, and Legal Servicing LLC. The request is **DENIED** without prejudice. Defendants may renew their request, **by June 30, 2020**, after meeting and conferring with Plaintiff. A renewed request must detail the outcome of the meet and confer and describe the significance and nature of the proceeding in the Supreme Court, Bronx County. If Defendants are unable to contact Plaintiff, their letter must detail their efforts, with dates, to contact him. They are further directed to serve a copy of this order on Plaintiff and file proof of service on the CM/ECF docket.

    **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: June 26, 2020                                    **Ona T. Wang**
      New York, New York                United States Magistrate Judge