UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BERNARD LEWIS,

          Plaintiff,

          -against-

LEGAL SERVICING, LLC, et al.,

          Defendants.

------------------------------------------------------------x

19-CV-8085 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Defendants' letter at ECF 59. For the reasons stated in the letter, Defendants' request to adjourn the conferenced scheduled for July 7, 2020 is hereby **GRANTED**. A rescheduled initial conference will be held on **September 29, 2020 at 11:00 a.m.** Defendants are directed to file a status letter detailing the Bronx County hearing, and how the outcome at that time impacts this case, by **August 31, 2020.**

Defendants are further directed to serve a copy of this order on Plaintiff and file proof of service on the CM/ECF docket.

      **SO ORDERED.**

                                            _s/ Ona T. Wang_

Dated: July 1, 2020                         **Ona T. Wang**
      New York, New York          United States Magistrate Judge