UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BERNARD LEWIS,

              Plaintiff,

              -against-

LEGAL SERVICING, LLC, et al.,

              Defendants.

------------------------------------------------------------x

19-CV-8085 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Defendants' letter at ECF 77. It is hereby **ORDERED** that:

- Discovery is stayed pending the resolution of Defendants' motion to dismiss;
- Plaintiff's response to the motion to dismiss is due by **December 11, 2020**;
- Defendants' reply is due by **January 22, 2021**.

The Clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: November 17, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge