**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
BERNARD LEWIS,

                Plaintiff,

                -against-

LEGAL SERVICING, LLC, et al.,

                Defendants.

-----------------------------------------------------------x

19-CV-8085 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The parties are directed to file a joint letter on the status of this case by June 30, 2023, informing the Court of proposed next steps.

**SO ORDERED.**

Dated: June 8, 2023
New York, New York

       *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge